**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                          Case No. **10-03127-13**

**NEGRON AGOSTO, SAMUEL**                           Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **4/17/2010**                                     ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION                     Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **250.00** x **6** = $ **1,500.00**
$ **500.00** x **6** = $ **3,000.00**
$ **1,500.00** x **48** = $ **72,000.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

                        TOTAL: $ **76,500.00**

Additional Payments:
$ **13,500.00** to be paid as a LUMP SUM within **60 months** with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

         PROPOSED BASE: $ **90,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **1,824.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL BANK**    Cr. _____    Cr. _____
# **0383**                # _____     # _____
$ **8,692.00**       $ _____     $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **CRIM**           Cr. _____    Cr. _____
# **9205**                # _____     # _____
$ **2,792.78**       $ _____     $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____     # _____     # _____
$ _____     $ _____     $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**DORAL BANK**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____     # _____     # _____
$ _____     $ _____     $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)

Signed: **/s/ SAMUEL NEGRON AGOSTO**
         Debtor

_____
Joint Debtor

Attorney for Debtor **JIMENEZ - QUINONES LAW OFFICES**          Phone: **(787) 282-9009**

IN RE **NEGRON AGOSTO, SAMUEL** Case No. **10-03127-13**
Debtor(s)

# CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

| | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | **EUROBANK** | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only