OFICINA DR. SAMUEL NEGRON
P. O. BOX 1666
FAJARDO, PUERTO RICO 00738
TEL/FAX (787) 801-4698

ABRIL DE 2010

| | |
|---|---|
| INGRESOS HONORARIOS: | $ -0- |
| GASTOS DE OFICINA: | |
| Nómina | $ 1,500.00 |
| Servicios Profesionales | $ - |
| Contribuciones de nómina | $ - |
| Retencion del 7% | $ - |
| Seguro Social | $ - |
| Ivu | $ - |
| Renta | $ - |
| Otro Alquiler | $ 700.00 |
| Teléfono | $ - |
| Utilidades | $ - |
| Gastos de Viaje y Transportación | $ 1,300.00 |
| Gastos de Vehículo | $ - |
| Materiales de Oficina | $ 200.00 |
| Publicidad | $ - |
| Seguro Auto | $ - |
| Otros Seguros (SGURO RESP. MEDICA) | $ 1,116.28 |
| Compra de Inventario | $ - |
| Reparaciones y Mantenimiento | $ - |
| Otros Gastos Operacionales: | $ - |
| a. | $ - |
| b. | $ - |
| c. | $ - |
| d. | $ - |
| TOTAL GASTOS | $ 4,816.28 |
| NEGATIVO NETOS EN LA OPERACION | ($ 4,816.28) |

NOTA:
PARTE DEL ESTADO ES ESTIMADO.

SELLO

JOE ROBLES
OFICINA DE CONTABILIDAD
CALLE JORGE BIRD LEON NO. 62
TEL. & FAX 787-863-1805
FAJARDO, PR 00738

```
┌─────────────────────────────────────────┐
│         OFICINA DR. SAMUEL NEGRON        │
│              P. O. BOX 1666              │
│         FAJARDO, PUERTO RICO 00738       │
│           TEL/FAX (787) 801-4698         │
└─────────────────────────────────────────┘
```

__MAYO__ DE __2010__

INGRESOS HONORARIOS:.................... $ 2,678.40

GASTOS DE OFICINA:

| | |
|---|---|
| Nómina........................... | $ 1,200.00 |
| Servicios Profesionales | $    - |
| Contribuciones de nómina | $    - |
| Retencion del 7% | $    - |
| Seguro Social | $    - |
| Ivu | $    - |
| Renta............................. | $    - |
| Otro Alquiler | $   700.00 |
| Teléfono | $    - |
| Utilidades....................... | $    - |
| Gastos de Viaje y Transportación | $ 1,300.00 |
| Gastos de Vehículo............... | $    - |
| Materiales de Oficina | $   200.00 |
| Publicidad | $    - |
| Seguro Auto | $    - |
| Otros Seguros  SEGURO RESP. MEDICA...... | $ 1,116.28 |
| Compra de Inventario | $    - |
| Reparaciones y Mantenimiento | $    - |
| Otros Gastos Operacionales: | $    - |
| a. HON. SINDICO.................. | $    - |
| b. | $   250.00 |
| c. | $    - |
| d. | $    - |

TOTAL GASTOS.................................... $ 4,766.28

NEGATIVO NETOS EN LA OPERACION............. ($ 2,087.88)

NOTA:
PARTE DE ESTE ESTADO ES ESTIMADO.

SELLO

JOE ROBLES
OFICINA DE CONTABILIDAD
CALLE JORGE BIRD LEON NO. 62
TEL & FAX 787-863-1806
FAJARDO, PR 00738

```
                OFICINA DR. SAMUEL NEGRON
                     P. O. BOX 1666
                FAJARDO, PUERTO RICO 00738
                  TEL/FAX (787) 801-4698
```

JUNIO DE 2010

INGRESOS HONORARIOS: ............................................... $ 7,142.40

GASTOS DE OFICINA:
- Nómina .................................................. $ 11,200000
- Servicios Profesionales                                   $     -
- Contribuciones de nómina                                  $     -
- Retencion del 7%                                          $     -
- Seguro Social                                             $     -
- Ivu                                                       $     -
- Renta ..................................................  $   700.00
- Otro Alquiler                                             $     -
- Teléfono                                                  $     -
- Utilidades ............................................   $ 1,300.00
- Gastos de Viaje y Transportación                          $     -
- Gastos de Vehículo ....................................   $   200.00
- Materiales de Oficina                                     $     -
- Publicidad                                                $     -
- Seguro Auto                                               $     -
- Otros Seguros  SEGURO RSP. MEDICA ....................    $ 1,116.28
- Compra de Inventario                                      $     -
- Reparaciones y Mantenimiento                              $     -
- Otros Gastos Operacionales:                               $     -
  a. HON. SINDICO ........................................  $   250.00
  b. ESTULDIOS CONTINUADOS ...............................  $    30.00
  c.                                                        $     -
  d.                                                        $     -

TOTAL GASTOS ............................................... $ 4,796.28
       BENEFICIO NETOS EN LA OPERACION ..................... $ 2,346.12

NOTA:
PARTE DE ESTE ESTADO ES ESTIMADO.

*[signature]*

JOE ROBLES
OFICINA DE CONTABILIDAD
CALLE JORGE BIRD LEON NO. 62
TEL & FAX 787-863-1806
FAJARDO, PR 00738

SELLO

OFICINA DR. SAMUEL NEGRON
P. O. BOX 1666
FAJARDO, PUERTO RICO 00738
TEL/FAX (787) 801-4698

JULIO DE 2010

INGRESOS HONORARIOS: .................................... $ 3,999.00

GASTOS DE OFICINA:
| Concepto | Monto |
|---|---|
| Nómina | $ 1,200.00 |
| Servicios Profesionales | $ - |
| Contribuciones de nómina | $ - |
| Retencion del 7% | $ - |
| Seguro Social | $ - |
| Ivu | $ - |
| Renta | $ 700.00 |
| Otro Alquiler | $ - |
| Teléfono | $ - |
| Utilidades | $ 1,300.00 |
| Gastos de Viaje y Transportación | $ - |
| Gastos de Vehículo | $ 200.00 |
| Materiales de Oficina | $ - |
| Publicidad | $ - |
| Seguro Auto | $ - |
| Otros Seguros | $ - |
| Compra de Inventario | $ - |
| Reparaciones y Mantenimiento | $ - |
| Otros Gastos Operacionales: | |
| a. HON. DE SINDIC. | $ - |
| b. | $ 250.00 |
| c. | $ - |
| d. | $ - |

TOTAL GASTOS ................................................ $ 3,650.00
BENEAFICIO NETOS EN LA OPERACION ............. $ 349.00
NOTA:
PARTE DE ESTE ESTADO ES ESTIMADO.

JOE ROBLES
OFICINA DE CONTABILIDAD
CALLE JORGE BIRD LEON NO. 62
TEL & FAX 787-863-1806
FAJARDO, PR 00738

SELLO