IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF :

SAMUEL NEGRON AGOSTO, : CASE NO. 10-03127(SEK)

    DEBTOR : CHAPTER 13

---

DORAL BANK, :

    MOVANT :

v. :
SAMUEL NEGRON AGOSTO, AND
ALEJANDRO OLIVERAS, THE TRUSTEE
                                                    :

    RESPONDENTS :

---

FILED & ENTERED
MAY 20 2011
CLERK
U.S. BANKRUPTCY COURT
SAN JUAN, PUERTO RICO

## O R D E R

I hereby modify the automatic stay allowing Doral Bank to initiate and /or continue its foreclosure proceeding *in rem* for execution of its lien encumbering Debtor's real property, until a Court orders the execution of a final and unappealable judgment by a public sale of the collateral. The public sale is enjoined, pending further order from this Court.

**SO ORDERED**, in San Juan, Puerto Rico, on May 20, 2011.

SARA DE JESUS
U.S. Bankruptcy Judge